Benjamin Wright
Wright Law Offices
2999 N. 44th Street, Ste 600
Phoenix, AZ 85018
602-344-9695
480-717-3380 (fax)
bwright@wloaz.com
Attorney for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In Re:<br><br>BEATRIZ FRANCO,<br><br>Debtor(s). | In Proceedings Under Chapter 13<br>Case No. 2:19-bk-11078-BKM<br><br>STIPULATED MOTION TO ALLOW DEBTOR TO INCUR DEBT TO PURCHASE AN AUTOMOBILE |
|---|---|

Beatriz Franco, Debtor(s), and Edward J. Maney, Chapter 13 Trustee, by and through undersigned counsel, hereby moves, pursuant to Local Rule 2084-25, this Court for an Order allowing Debtor to incur additional debt for the purchase of a vehicle. In support of said motion, Debtor and Trustee stipulate as follows:

1. Debtor's Plan was confirmed on January 9, 2020.
2. It is necessary for the debtor to purchase a vehicle for their and/or dependents' maintenance or support.
3. Debtor's current vehicle is in need of mechanical repairs which are cost prohibitive. The repairs are transmission related and costly. Debtor requires transportation in order to continue working and to keep other necessary appointments
4. In order to purchase a vehicle for Debtor to use as a primary mode of transportation, Debtor must obtain financing. Debtor is asking the court to approve the financing on terms substantially similar to those contained in a proposed Retail Installment Sale Contract, which is attached hereto as Exhibit "A".
5. Debtors believe that they will be able to continue making Plan payments if this motion is granted.

1

6. Debtors certify they are current on plan payments and have provided Trustee with current income verification.
7. Debtors further certify they are not in default under the terms of the Chapter 13 Plan.
8. Schedules I and J have been filed within thirty days prior to filing this motion.
9. The proposed debt is for a reasonable amount.
10. The proposed debt is a single loan to purchase a motor vehicle.
11. The only security for the proposed debt is the motor vehicle being purchased.

Wherefore, Debtor and Trustee request this court to enter an Order:

1. Granting their motion to allow Debtor to incur debt to purchase a vehicle upon substantially the same terms as are contained in Exhibit "A" attached hereto with a payment not to exceed $400.00 per month; and
2. Granting such other and further relief as the Court deems justified.

**CONSENTED AND AGREED AS TO FORM AND CONTENT**

_____     _____
Edward J. Maney                                              Date
Chapter 13 Trustee


/s/Benjamin J. Wright                                        March 9, 2020
_____     _____
Benjamin J. Wright                                          Date
Attorney for Debtor

2